**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dolores L. Yenik             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-10122

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Champion Mortgage Company and index same on the master mailing list.

                                                    Respectfully submitted,

                                          /s/ *Rebecca Solarz*

                                          Rebecca Solarz
                                          27 Jan 2022, 11:14:45, EST

                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322