Dolores L. Yenik
321 E 21st Street
Northampton, PA  18067-1207

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Dolores L. Yenik<br><br>              Debtor | Chapter 13<br><br>Bankruptcy No. 22-10122-PMM |

## PRAECIPE

TO THE CLERK:

Kindly (re)schedule a Confirmation Hearing on March 31, 2022 at 10:00 A.M. in the above-captioned matter, with notice to debtor(s), counsel for debtor(s), standing chapter 13 trustee all creditors.

Respectfully Submitted

Date: March 01, 2022

/s/ Scott F. Waterman
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee