*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Dolores L. Yenik
    Debtor(s)

Case No: 22–10122–pmm

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 3/31/22 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

14
Form 152