United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Dolores L. Yenik  
     Debtor

Case No. 22-10122-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Mar 02, 2022      Form ID: 152      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dolores L. Yenik, 321 E 21st Street, Northampton, PA 18067-1207 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14662798 | | Champion Mortgage, PO Box 619093, Dallas, TX 75261-9093 |
| 14662800 | + | Financial Recoveries, 200 E Park Drive, Suite #100, Mt. Laurel, NJ 08054-1297 |
| 14662801 | + | KML Law Group, P.C., 701 Market St., Suite #5000, BNY Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 14665237 | + | Nationstar Mortgage LLC, dba Champion Mortgage Company, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14662802 | | Northampton Area SD, 2019 Laubach Ave., Northampton, PA 18067-0000 |
| 14669639 | | Northampton Borough Municipal Authority, 1 Clear Springs Dr., Northampton PA 18067 |
| 14662803 | + | Northampton Borough Municipal Authority, PO Box 156, Northampton, PA 18067-0156 |
| 14662804 | | Penn Credit, 916 S 14th Street P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14662805 | | Portnoff Law Associates, 2700 Horizon Dr Ste 100, King of Prussia, PA 19406-2726 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 02 2022 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 02 2022 23:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14662797 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Mar 02 2022 23:52:00 | Berks Credit & Collection, P.O. Box 329, Temple, PA 19560-0329 |
| 14662799 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 02 2022 23:52:00 | Credit Collection Services, Two Wells Ave., Newton, MA 02459-3225 |
| 14662807 | | Email/Text: RASEBN@raslg.com | Mar 02 2022 23:52:00 | Robertson, Anschutz & Schneid, P.L., 10700 Abbotts Bridge Rd Ste 170, Duluth, GA 30097-8461 |
| 14662806 | + | Email/Text: RASEBN@raslg.com | Mar 02 2022 23:52:00 | Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Ste. 100, Bankruptcy Dept., Boca Raton, FL 33487-2853 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-4      User: admin      Page 2 of 2
Date Rcvd: Mar 02, 2022      Form ID: 152      Total Noticed: 21

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 04, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN K. KERCHER | on behalf of Debtor Dolores L. Yenik kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Dolores L. Yenik
    Debtor(s)

Case No: 22−10122−pmm

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 3/31/22 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

14
Form 152