UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:                                                           CASE NO.: 22-10122-pmm
                                                                                             CHAPTER 13

**Dolores L. Yenik,**
   **Debtor.**

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of MORTGAGE ASSET MANAGEMENT, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 07004**

                                             Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                             Authorized Agent for Secured Creditor
                                             130 Clinton Rd #202
                                             Fairfield, NJ 07004
                                             Telephone: 470-321-7112

                                             By: /s/Charles Wohlrab
                                                 Charles Wohlrab, Esq.
                                                 Email: cwohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 23, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DOLORES L. YENIK

321 E 21ST STREET

NORTHAMPTON, PA 18067

And via electronic mail to:

LAW OFFICE OF KEVIN K. KERCHER, ESQ, PC
881 THIRD STREET  SUITE C-2
WHITEHALL, PA 18052

SCOTT F. WATERMAN (CHAPTER 13)

2901 ST. LAWRENCE AVE.
SUITE 100

READING, PA 19606

UNITED STATES TRUSTEE

200 CHESTNUT STREET
SUITE 502

PHILADELPHIA, PA 19106

By: /s/ Brianna Carr