UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Dolores L. Yenik<br><br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.22-10122-PMM |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 18th day of April, 2022, by first class mail upon those listed below:

Dolores L. Yenik
321 E 21st Street
Northampton, PA  18067-1207

**Electronically via CM/ECF System Only:**

KEVIN K KERCHER ESQ
881 THIRD STREET
SUITE C-2
WHITEHALL, PA  18052

 

/s/ Kristen Gliem
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee