United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-10122-pmm

Dolores L. Yenik     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: May 12, 2022     Form ID: 155     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dolores L. Yenik, 321 E 21st Street, Northampton, PA 18067-1207 |
| 14662798 | | Champion Mortgage, PO Box 619093, Dallas, TX 75261-9093 |
| 14662800 | + | Financial Recoveries, 200 E Park Drive, Suite #100, Mt. Laurel, NJ 08054-1297 |
| 14662801 | + | KML Law Group, P.C., 701 Market St., Suite #5000, BNY Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 14680285 | + | MORTGAGE ASSET MANAGEMENT, LLC, PHH Mortgage Services, P.O. Box 24606, West Palm Beach, FL 33416-4606 |
| 14678429 | + | Mortgage Asset Management, LLC, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14665237 | + | Nationstar Mortgage LLC, dba Champion Mortgage Company, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14662802 | | Northampton Area SD, 2019 Laubach Ave., Northampton, PA 18067-0000 |
| 14669639 | | Northampton Borough Municipal Authority, 1 Clear Springs Dr., Northampton PA 18067 |
| 14662803 | + | Northampton Borough Municipal Authority, PO Box 156, Northampton, PA 18067-0156 |
| 14662804 | | Penn Credit, 916 S 14th Street P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14662805 | | Portnoff Law Associates, 2700 Horizon Dr Ste 100, King of Prussia, PA 19406-2726 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14662797 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | May 12 2022 23:54:00 | Berks Credit & Collection, P.O. Box 329, Temple, PA 19560-0329 |
| 14662799 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 12 2022 23:54:00 | Credit Collection Services, Two Wells Ave., Newton, MA 02459-3225 |
| 14678888 | | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2022 00:02:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14678015 | + | Email/Text: RASEBN@raslg.com | May 12 2022 23:54:00 | RAS Crane & Partners, PLLC, 10700 Abbott's Bridge, suite 170, Duluth, GA 30097-8461 |
| 14662807 | | Email/Text: RASEBN@raslg.com | May 12 2022 23:54:00 | Robertson, Anschutz & Schneid, P.L., 10700 Abbotts Bridge Rd Ste 170, Duluth, GA 30097-8461 |
| 14662806 | + | Email/Text: RASEBN@raslg.com | May 12 2022 23:54:00 | Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Ste. 100, Bankruptcy Dept., Boca Raton, FL 33487-2853 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: May 12, 2022 | Form ID: 155 | Total Noticed: 18 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 14, 2022             Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:

**Name**          **Email Address**

CHARLES GRIFFIN WOHLRAB
                  on behalf of Creditor Mortgage Asset Management  LLC cwohlrab@raslg.com

KEVIN K. KERCHER
                  on behalf of Debtor Dolores L. Yenik kevinkk@kercherlaw.com  kevin@kercherlaw.com

REBECCA ANN SOLARZ
                  on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY
                  bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
                  ECFMail@ReadingCh13.com

United States Trustee
                  USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dolores L. Yenik
      Debtor(s)

Chapter: 13

Bankruptcy No: 22−10122−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 12, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                Patricia M. Mayer
                                Judge ,
                                United States Bankruptcy Court

                                                          24
                                                      Form 155