| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
Chapter 13 Case No. 22-10122-PMM

Dolores L. Yenik
321 E 21st Street
Northampton  PA    18067-1207

Petition Filed Date: 01/19/2022
341 Hearing Date: 03/01/2022
Confirmation Date: 05/12/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/15/2022 | $250.00 | 19336643518 | 03/15/2022 | $250.00 | 19358534172 | 04/18/2022 | $250.00 | 19363035104 |
| 05/24/2022 | $250.00 | 19391468049 | 06/29/2022 | $250.00 | 19391468195 | 07/12/2022 | $250.00 | 19401870499 |

**Total Receipts for the Period: $1,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | NORTHAMPTON BOROUGH MUNICIPAL AUTHORITY<br>»» 001 | Priority Crediors | $195.01 | $0.00 | $195.01 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,005.40 | $0.00 | $1,005.40 |
| 3 | PHH MORTGAGE SERVICES<br>»» 003 | Mortgage Arrears | $6,727.80 | $0.00 | $6,727.80 |
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $3,200.00 | $1,380.00 | $1,820.00 |

**Chapter 13 Case No. 22-10122-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,500.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $1,380.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $120.00 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.