| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Reading) | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Dolores L. Yenik | Case Number:<br><br>4:2022-bk-10122 | |
| Name of Creditor:<br>MORTGAGE ASSET MANAGEMENT, LLC | | |
| Name of Current Servicer of account:<br>   PHH Mortgage Services | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>PHH Mortgage Corporation<br>PO Box 24605<br>West Palm Beach, FL 33416<br><br><br>Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>   1 Mortgage Way<br>   Mount Laurel, NJ 08054 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>PHH Mortgage Services<br>PO Box 24781<br>ATTN: RSVRF<br>West Palm Beach, FL 33416<br><br><br>Telephone Number: 800-750-2518 | | **X** Check this box if you are changing the address that payments will go to. |
| 1.   **Account Number:  3782** | | _ Check this box if the account number has changed. |
| 2.   **Court Claim Number: 3** | | |
| 3.   **Signature:**<br><br> **Check the appropriate box.**<br>       **I am the creditor.**<br>   X  **I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)**<br>       **I am the trustee, or the debtor.**<br>       **I am a guarantor, surety, endorser, or other codebtor.**<br><br><br>  By:    /s/ John Shelley                              Date:   02/18/2023<br>         Authorized Filing Agent for PHH Mortgage Services | | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 22-10122 |
| **Dolores L. Yenik** | CHAPTER: 13 |
| Debtor(s). / | |

**CERTIFICATE OF SERVICE**

I hereby certify that on or before February 21, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*　　　　　　　　　　*By U.S. Postal Service First Class Mail Postage Prepaid:*

　　　　　　　　　　　　　　Dolores L. Yenik
　　　　　　　　　　　　　　321 E 21st Street
　　　　　　　　　　　　　　Northampton, PA 18067-1207

*Debtor's Attorney:*　　　　　*By CM / ECF Filing:*

　　　　　　　　　　　　　　KEVIN K. KERCHER
　　　　　　　　　　　　　　Law Office of Kevin K. Kercher, Esq, PC
　　　　　　　　　　　　　　881 Third Street
　　　　　　　　　　　　　　Suite C-2
　　　　　　　　　　　　　　Whitehall, PA 18052

*Trustee:*　　　　　　　　　　*By CM / ECF Filing:*

| | |
|---|---|
| *Trustee:* | SCOTT F. WATERMAN [Chapter 13]<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for PHH Mortgage Services)