| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-10122-PMM

Dolores L. Yenik  
321 E 21st Street  
Northampton  PA    18067-1207

Petition Filed Date: 01/19/2022  
341 Hearing Date: 03/01/2022  
Confirmation Date: 05/12/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/16/2022 | $250.00 | 19401870696 | 09/21/2022 | $250.00 | 19427448463 | 10/24/2022 | $250.00 | 19427448603 |
| 12/14/2022 | $250.00 | 19437862189 | 01/11/2023 | $500.00 | 19457984223 | 02/14/2023 | $250.00 | 19326866847 |
| 03/15/2023 | $250.00 | 19326866982 | 04/24/2023 | $250.00 | 19326867133 | 06/09/2023 | $500.00 | 19529737016 |
| 07/14/2023 | $250.00 | 19548323203 | | | | | | |

**Total Receipts for the Period: $3,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NORTHAMPTON BOROUGH MUNICIPAL AUTHORITY<br>»»  001 | Priority Crediors | $195.01 | $195.01 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $1,005.40 | $0.00 | $1,005.40 |
| 3 | PHH MORTGAGE SERVICES<br>»»  003 | Mortgage Arrears | $6,727.80 | $734.99 | $5,992.81 |
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $3,200.00 | $3,200.00 | $0.00 |

**Chapter 13 Case No. 22-10122-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,500.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $4,130.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $370.00 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.