**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Dolores L. Yenik<br>　　Debtor | : | |
| | : | CASE NO. 22-10122 |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

　　PLEASE TAKE NOTICE, that the undersigned, as counsel for Northampton Area School District and Borough of Northampton, interested parties in the above-captioned bankruptcy case, hereby requests, pursuant to U.S. Bankruptcy Court Rules 2002 and 9007, and 11 U.S.C. §§ 342 and 1109(b) of the U.S. Bankruptcy Code, that all notices given or required to be given and all papers served or required to be served in these proceedings be also given to and served upon:

**James R. Wood, Esquire
Portnoff Law Associates, Ltd.
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406
Telephone No. (484) 690-9341　　Facsimile No. (484) 690-9301
jwood@portnoffonline.com**

　　PLEASE TAKE FURTHER NOTICE that under 11 U.S.C. § 1109(b) of the U.S. Bankruptcy Code, this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, hearing, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telecopy, facsimile, telex, electronically or otherwise.

　　　　　　　　　　　　　　　　　　**PORTNOFF LAW ASSOCIATES, LTD.**

　　　　　　　　　　　　　　　　　　By: **/s/　James R. Wood, Esquire**
　　　　　　　　　　　　　　　　　　James R. Wood, Esquire
　　　　　　　　　　　　　　　　　　2700 Horizon Drive, Suite 100
　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　(484) 690-9341 (telephone)
　　　　　　　　　　　　　　　　　　(484) 690-9301 (facsimile)
　　　　　　　　　　　　　　　　　　Attorney for Northampton Area School
　　　　　　　　　　　　　　　　　　District and Borough of Northampton

23-52951-0/RFN/kad