Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 22-10122-PMM**

Dolores L. Yenik  
321 E 21st Street  
Northampton  PA   18067-1207

Petition Filed Date: 01/19/2022  
341 Hearing Date: 03/01/2022  
Confirmation Date: 05/12/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/13/2023 | $500.00 | 19548323536 | 11/21/2023 | $500.00 | 19572084615 | 01/24/2024 | $500.00 | 19603876526 |
| 02/23/2024 | $250.00 | 19603876690 | 04/18/2024 | $250.00 | 19623289002 | 05/10/2024 | $500.00 | 19623289126 |
| 06/24/2024 | $250.00 | 19645228129 | 07/23/2024 | $250.00 | 19645228303 | | | |

**Total Receipts for the Period: $3,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | NORTHAMPTON BOROUGH MUNICIPAL AUTHORITY<br>»» 001 | Priority Crediors | $195.01 | $195.01 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,005.40 | $0.00 | $1,005.40 |
| 3 | PHH MORTGAGE SERVICES<br>»» 003 | Mortgage Arrears | $6,727.80 | $3,439.99 | $3,287.81 |
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $3,200.00 | $3,200.00 | $0.00 |

**Chapter 13 Case No. 22-10122-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,500.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $6,835.00 | Arrearages: | $250.00 |
| Paid to Trustee: | $665.00 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.