UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

In re:                                                                                              CASE NO.: 22-10122
                                                                                                    CHAPTER 13
Dolores L. Yenik,
   Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of MORTGAGE ASSETS MANAGEMENT, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                              Robertson, Anschutz, Schneid, Crane &
                                              Partners, PLLC
                                              Attorneys for Secured Creditor
                                              13010 Morris Rd., Suite 450
                                              Alpharetta, GA 30004
                                              Telephone: 470-321-7112
                                              Facsimile: 404-393-1425

                                              By: /s/Sherri Dicks
                                                  Sherri Dicks
                                                  Email: sdicks@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on April 24, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DOLORES L. YENIK
321 E. 21ST STREET
NORTHAMPTON, PA 18067-1207

And via electronic mail to:

LAW OFFICE OF KEVIN K. KERCHER, ESQ, PC
881 THIRD STREET
SUITE C-2
WHITEHALL, PA 18052

SCOTT F. WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

D. TROY SELLARS
ASSISTANT UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

                        By: /s/ Amber Matas