# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| In re:<br><br>Dolores L. Yenik,<br>    Debtor.<br>Mortgage Assets Management, LLC,<br>    Movant.<br>    v.<br>Dolores L. Yenik,<br>    Debtor/Respondent,<br>SCOTT F. WATERMAN,<br>    Trustee/Additional Respondent. | Bankruptcy No. 22-10122-pmm<br><br>Chapter 13<br><br>Hearing Date: June 24, 2025<br>Hearing Time: 10:00AM<br>Location: 201 Penn Street, Suite 103<br>Reading, PA 19601 |

## CERTIFICATE OF NO OBJECTION

    The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay, filed at Docket No. 36 appears thereon.  It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.
Dated: 6/20/2025

**Robertson, Anschutz, Schneid, Crane**
**& Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
By: /s/ Robert Shearer
Robert Shearer, Esquire
PA Bar Number 83745
Email: rshearer@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>Dolores L. Yenik,<br>　　　Debtor.<br>Mortgage Assets Management, LLC,<br>　　　Movant.<br>　　　　v.<br>Dolores L. Yenik,<br>　　　Debtor/Respondent,<br>SCOTT F. WATERMAN,<br>　　　Trustee/Additional Respondent. | Bankruptcy No. 22-10122-pmm<br><br>Chapter 13<br><br>Hearing Date: June 24, 2025<br>Hearing Time: 10:00AM<br>Location: 201 Penn Street, Suite 103<br>Reading, PA 19601 |

**CERTIFICATE OF SERVICE OF MOTION OF MORTGAGE ASSETS MANAGEMENT, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF MOTION**

　　　I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on June 20, 2025 I served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Dolores L. Yenik
321 E 21st Street
Northampton, PA 18067-1207

KEVIN K. KERCHER
Law Office of Kevin K. Kercher, Esq, PC
881 Third Street
Suite C-2
Whitehall, PA 18052

SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee

22-10122-pmm
22-021062
MFR

2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Dated: 6/20/2025

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
By: /s/ Robert Shearer
Robert Shearer, Esquire
PA Bar Number 83745
Email: rshearer@raslg.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | |
|---|---|
| **In re:** <br><br> Dolores L. Yenik, <br>     Debtor. <br> Mortgage Assets Management, LLC, <br>     Movant. <br><br>     v. <br><br> Dolores L. Yenik, <br>     Debtor/Respondent, <br> SCOTT F. WATERMAN, <br>     Trustee/Additional Respondent. | Bankruptcy No. 22-10122-pmm <br><br> Chapter 13 <br><br> Hearing Date: June 24, 2025 <br> Hearing Time: 10:00AM <br> Location: 201 Penn Street, Suite 103 <br> Reading, PA 19601 |

## ORDER OF COURT

AND NOW, this        day of            , 2025, upon consideration of Mortgage Assets Management, LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Mortgage Assets Management, LLC; and it is further

ORDERED, that Mortgage Assets Management, LLC, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 321 E 21st Street

Northampton, PA 18067-1207, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Mortgage Assets Management, LLC's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Judge Patricia M. Mayer
U.S. Bankruptcy Court Judge