**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Dolores L. Yenik,**<br>　　**Debtor.**<br>**Mortgage Assets Management, LLC,**<br>　　**Movant.**<br>　　　v.<br>**Dolores L. Yenik,**<br>　　**Debtor/Respondent,**<br>**SCOTT F. WATERMAN,**<br>　　**Trustee/Additional Respondent.** | **Bankruptcy No. 22-10122-pmm**<br><br>**Chapter 13** |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, this 23rd day of June, 2025, upon consideration of Mortgage Assets Management, LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) any response thereto and this Court's finding that the collateral property is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the United States Bankruptcy Code are hereby ~~unconditionally terminated~~ modified with respect to Mortgage Assets Management, LLC; and it is further

ORDERED, that Mortgage Assets Management, LLC, its successors and/or assigns are permitted to proceed with appropriate state court remedies against the real property located at 321 East 21st Street, Northampton, Pennsylvania 18067, including without limitation, Sheriff Sale of the real property, and it is further

~~ORDERED that Mortgage Assets Management, LLC's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(4) is GRANTED.~~

BY THE COURT:

**Date: June 23, 2025**

*Patricia M. Mayer*
_____
Judge Patricia M. Mayer
U.S. Bankruptcy Court Judge