United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10122-pmm |
| Dolores L. Yenik | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 23, 2025 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Dolores L. Yenik, 321 E 21st Street, Northampton, PA 18067-1207 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2025      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Northampton Area School District and Borough of Northampton jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KEVIN K. KERCHER | on behalf of Debtor Dolores L. Yenik kevinkk@kercherlaw.com kevin@kercherlaw.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Mortgage Asset Management LLC mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Mortgage Assets Management LLC rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Mortgage Asset Management LLC rshearer@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SHERRI DICKS | |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 23, 2025 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor Mortgage Assets Management LLC sdicks@raslg.com, shrdlaw@outlook.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | |
|---|---|
| **In re:**<br><br>**Dolores L. Yenik,**<br>　　**Debtor.**<br>**Mortgage Assets Management, LLC,**<br>　　**Movant.**<br>　　　　**v.**<br>**Dolores L. Yenik,**<br>　　**Debtor/Respondent,**<br>**SCOTT F. WATERMAN,**<br>　　**Trustee/Additional Respondent.** | **Bankruptcy No. 22-10122-pmm**<br><br>**Chapter 13** |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, this 23rd day of June, 2025, upon consideration of Mortgage Assets Management, LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) any response thereto and this Court's finding that the collateral property is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the United States Bankruptcy Code are hereby ~~unconditionally terminated~~ modified with respect to Mortgage Assets Management, LLC; and it is further

ORDERED, that Mortgage Assets Management, LLC, its successors and/or assigns are permitted to proceed with appropriate state court remedies against the real property located at 321 East 21st Street, Northampton, Pennsylvania 18067, including without limitation, Sheriff Sale of the real property, and it is further

~~ORDERED that Mortgage Assets Management, LLC's request to waive the 14 day stay period pursuant to Fed.R.Bankr.P. 4001(a)(4) is GRANTED.~~

BY THE COURT:

*Patricia M. Mayer*

**Date: June 23, 2025**

_____
Judge Patricia M. Mayer
U.S. Bankruptcy Court Judge