| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 22-10122-PMM**

Dolores L. Yenik
321 E 21st Street
Northampton  PA     18067-1207

Petition Filed Date: 01/19/2022
341 Hearing Date: 03/01/2022
Confirmation Date: 05/12/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/04/2024 | $250.00 | 19667545250 | 10/16/2024 | $500.00 | 19667545458 | 11/25/2024 | $250.00 | 19693981228 |
| 01/22/2025 | $500.00 | 19693981460 | 02/26/2025 | $250.00 | 19693981599 | 05/07/2025 | $500.00 | 19702065835 |
| 05/22/2025 | $250.00 | 19680168371 | | | | | | |

**Total Receipts for the Period: $2,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | NORTHAMPTON BOROUGH MUNICIPAL AUTHORITY<br>»» 001 | Priority Creditors | $195.01 | $195.01 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,005.40 | $0.00 | $1,005.40 |
| 3 | PHH MORTGAGE SERVICES<br>»» 003 | Mortgage Arrears | $6,727.80 | $5,738.74 | $989.06 |
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $3,200.00 | $3,200.00 | $0.00 |

**Chapter 13 Case No. 22-10122-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,000.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $9,133.75 | Arrearages: | $750.00 |
| Paid to Trustee: | $866.25 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.