United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10122-pmm |
| Dolores L. Yenik | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 02, 2025 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dolores L. Yenik, 321 E 21st Street, Northampton, PA 18067-1207 |
| cr | + | Northampton Area School District and Borough of No, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14836662 | + | Borough of Northampton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14836666 | + | Borough of Northampton, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14662798 | | Champion Mortgage, PO Box 619093, Dallas, TX 75261-9093 |
| 14665237 | + | Nationstar Mortgage LLC, dba Champion Mortgage Company, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14662802 | | Northampton Area SD, 2019 Laubach Ave., Northampton, PA 18067-0000 |
| 14836661 | + | Northampton Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14836664 | + | Northampton Area School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14669639 | | Northampton Borough Municipal Authority, 1 Clear Springs Dr., Northampton PA 18067 |
| 14662803 | + | Northampton Borough Municipal Authority, PO Box 156, Northampton, PA 18067-0156 |
| 14662805 | | Portnoff Law Associates, 2700 Horizon Dr Ste 100, King of Prussia, PA 19406-2726 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 03 2025 00:17:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 03 2025 00:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 03 2025 00:17:00 | Mortgage Asset Management, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 03 2025 00:17:00 | Mortgage Assets Management, LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 03 2025 00:16:00 | PHH MORTGAGE CORPORATION, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 14662797 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Oct 03 2025 00:17:00 | Berks Credit & Collection, P.O. Box 329, Temple, PA 19560-0329 |
| 14662799 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 03 2025 00:17:00 | Credit Collection Services, Two Wells Ave., Newton, MA 02459-3225 |
| 14662800 | ^ | MEBN | Oct 03 2025 00:15:37 | Financial Recoveries, 200 E Park Drive, Suite #100, Mt. Laurel, NJ 08054-1297 |
| 14662801 | ^ | MEBN | Oct 03 2025 00:15:38 | KML Law Group, P.C., 701 Market St., Suite #5000, BNY Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 14678888 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2025 00:26:33 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 02, 2025 | Form ID: pdf900 | Total Noticed: 29 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | PO Box 10587, Greenville, SC 29603-0587 |
| 14680285 | + Email/Text: BKEBN-Notifications@ocwen.com | Oct 03 2025 00:16:00 | MORTGAGE ASSET MANAGEMENT, LLC, PHH Mortgage Services, P.O. Box 24606, West Palm Beach, FL 33416-4606 |
| 14678429 | + Email/Text: RASEBN@raslg.com | Oct 03 2025 00:17:00 | Mortgage Asset Management, LLC, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 15001095 | + Email/Text: RASEBN@raslg.com | Oct 03 2025 00:17:00 | Mortgage Assets Management, LLC, c/o Sherri Dicks, Esq, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14662804 | Email/Text: bankruptcies@penncredit.com | Oct 03 2025 00:17:00 | Penn Credit, 916 S 14th Street P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14678015 | + Email/Text: RASEBN@raslg.com | Oct 03 2025 00:17:00 | RAS Crane & Partners, PLLC, 10700 Abbott's Bridge, suite 170, Duluth, GA 30097-8461 |
| 14662807 | Email/Text: RASEBN@raslg.com | Oct 03 2025 00:17:00 | Robertson, Anschutz & Schneid, P.L., 10700 Abbotts Bridge Rd Ste 170, Duluth, GA 30097-8461 |
| 14662806 | + Email/Text: RASEBN@raslg.com | Oct 03 2025 00:17:00 | Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Ste. 100, Bankruptcy Dept., Boca Raton, FL 33487-2853 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Northampton Area School District and Borough of Northampton jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KEVIN K. KERCHER | on behalf of Debtor Dolores L. Yenik kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Mortgage Asset Management  LLC mimcgowan@raslg.com |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Oct 02, 2025 | Form ID: pdf900 | Total Noticed: 29

ROBERT BRIAN SHEARER
    on behalf of Creditor Mortgage Assets Management LLC rshearer@raslg.com

ROBERT BRIAN SHEARER
    on behalf of Creditor Mortgage Asset Management LLC rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SHERRI DICKS
    on behalf of Creditor Mortgage Assets Management LLC sdicks@raslg.com, shrdlaw@outlook.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Dolores L. Yenik

          Debtor

Chapter 13

Bankruptcy No. 22-10122-PMM

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 2, 2025**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE